## UNITED STATES *versus* SIMON SHOVEN

JOURNAL ENTRIES (1822): *Journal 3:* (1) Motion to quash writ *p. 325; (2) judgment reversed *p. 370.
PAPERS IN FILE: (1) Precipe for writ of error; (2) writ of error and allowance; (3) transcript of county court record; (4) copies of oaths administered to grand and petit jurors in county court; (5) copies of venires for grand and petit jurors issued by county court.
*1822–23 Calendar*, MS p. 48.